**JURY TRIAL DEMAND**

Plaintiffs demands a trial by jury.

Plaintiffs,
By their attorneys,

/s/ Gerard P. Cobleigh

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

/s/ Carly Beauvais Iafrate

Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0065
(401) 351-4802 (fax)

Dated: December 1, 2006