(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Patrick Brady, et al.

V.

Ryan Electric Construction, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-519S

TO: (Name and address of Defendant)

M. L. Shank Co.
CT Corp.
10 Weybosset St., Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cathy Beauvais Infante, Esq.
129 Dyer St.
Providence, RI. 02903

nswer to the complaint which is served on you with this summons, within 20 days after service is summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you he relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the k of this Court within a reasonable period of time after service.

RK

DATE 12/12/06

(BY) DEPUTY CLERK

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| of the Summons and complaint was made by me[1] | DATE Dec. 14 2006 |
| SERVER (PRINT) Thomas Noury | TITLE |

*k one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: P.O. Box 114026

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): M.L. Stark Co. Thru A.F.S. CT Corp. System 10 Weybosset St. Providence 9th Floor

### STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL |
|---|---|---|
| | | 45 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/14/06
Date

Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
*Address of Server*

ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.