(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Patrick Brady, et al.

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 06-5195

Ryan Electric Constr., Inc.

TO: (Name and address of Defendant)

Balfour Beatty Constr., Inc.
CT Corp.
10 Weybosset St. Providence RI 02903

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cathy Beauvais Ingrate
129 Dyer St.
Providence, RI 02903

answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12-12-06

(By) DEPUTY CLERK

0 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| : of the Summons and complaint was made by me[1] | DATE | Dec. 14, 2006 |
| 'F SERVER (PRINT) Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence | TITLE | |

*:k one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): BalFour Beaty Construction Inc. AFS CT Corp. Systems 10 Weybosset St. Providence 9th Floor

## STATEMENT OF SERVICE FEES

| | SERVICES | TOTAL 45 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/14/06
Date

*Signature of Server* [signature]

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911

*Address of Server*

ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.