UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PATRICK BRADY, B. DONALD GROSSI,
ROBERT POWERS, DAVE SMITH, and
JOSEPH D'AMATO
Plaintiffs

VS. C.A. NO. 06-519S

RYAN ELECTRIC CONSTRUCTION, INC.
and SHANK/BALFOUR BEATTY, a joint
venture of M.L. SHANK COMPANY and
BALFOUR BEATTY CONSTRUCTION, INC.
Defendants

**STIPULATION TO EXTEND TIME FOR DEFENDANTS RYAN ELECTRIC CONSTRUCTION, INC. and SHANK/BALFOUR BEATTY, A Joint Venture of M.L. SHANK COMPANY and BALFOUR BEATTY CONSTRUCTION, INC.**

Defendants' time to answer or otherwise plead is hereby extended to Friday, January 12, 2007.

Plaintiffs,
By their Attorneys,

/s/ Gerard P. Cobleigh

Gerard P. Cobleigh (#0232)
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900 (Tel.)
(401) 461-4107 (Fax.)

/s/ Carly Beauvais Iafrate

Carly Beauvais Iafrate
129 Dyer Street
Providence, RI 02903
(401) 421-0065 (Tel.)
(401) 351-4802 (Fax.)

## CERTIFICATION

The undersigned hereby certifies that this document has been filed electronically on this 21st day of December, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

**Via Electronic Service/ECF:**

/s/ Girard R. Visconti
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 (Tel.)
(401) 421-9302 (Fax.)
grv@viscontilaw.com