**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **PATRICK BRADY, et al.,**<br>**Plaintiff**<br><br>**vs.**<br><br>**RYAN ELECTRIC CONSTRUCTION, INC., et al.,**<br>**Defendants.** | **C.A. No.: 06-519S** |

**MOTION TO WITHDRAW BY PLAINTIFFS' COUNSEL**

NOW COMES the undersigned counsel and requests the Court's permission to withdraw as Plaintiff's counsel. As grounds therefore, the undersigned states the withdrawal is necessary to avoid a conflict. No prejudice will result, as this case is at its inception, and co-counsel will continue to represent the Plaintiffs.

Wherefore, the undersigned counsel respectively requests that this motion be granted.

Respectfully submitted,
Counsel to Plaintiffs,

/s/ Gerard P. Cobleigh, Esq.

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

**CERTIFICATION**

I hereby certify that on the 3rd day of January 2007, I mailed a copy of the within document to all Plaintiffs, at the addresses below, by both regular mail and certified mail, return-receipt requested.

The undersigned also hereby certifies that this document has been filed electronically on this 3rd day of January 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Girard R. Visconti
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

/s/ Carly Beauvais Iafrate
____________________________

Plaintiff's Addresses:

Patrick Brady
106 Cumberland Avenue
So. Attleboro, MA 02703

B. Donald Grossi
36 Vivian Avenue
Pawtucket, RI 02860

Joe D'Amato
36 Woodstock Drive
Warwick, RI 02889

Robert Powers, Jr.
44 Law Street
Warwick, RI 02889

Dave Smith
203 Morse Avenue
Warwick, RI 02886