UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Patrick Brady, et al

v. CA No. 06-519S

John Ryan Electric, Inc , et al

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

DATE: 1/23/07