**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**PATRICK BRADY, et al.,**
***Plaintiffs,***

**vs.**

**RYAN ELECTRIC CONSTRUCTION, INC., et al.,**

***Defendants.***

**C.A. No. 06-519ML**

**ORDER**

This matter was scheduled for hearing before the Honorable David L. Martin, on June 4, 2007, on Plaintiff's Motion to Amend the Complaint and Defendant Shank/Balfour Beatty's objection thereto. After hearing thereon, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. Plaintiff's Motion to Amend the Complaint is granted.

2. Plaintiff shall electronically file the proposed Second Amended Complaint. However, Plaintiff shall not include the words "inter alia," in paragraph 24 of the Complaint.

ENTERED as an Order of this Honorable Court this 11th day of June 2007.

APPROVED:

David L Martin
Martin, J. USMJ

ENTERED:

[signature]

Submitted by:

/s/ Carly Beauvais Iafrate

_______________________________

Carly Beauvais Iafrate, Esq. #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0065 (phone)
(401) 421-0964 (fax)

**CERTIFICATION**

I hereby certify that this document has been filed electronically on this 6th day of June 2007 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Girard R. Visconti, Esq.,
grv@viscontilaw.com

Mark T. Bennett, Esq.
mbennett@mgfllp.com

Stephen J. Schultz, Esq.
sschultz@mgfllp.com

/s/ Carly B. Iafrate, Esq.

_______________________________