**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **PATRICK BRADY, et al.,**<br>***Plaintiffs,***<br><br>**vs.**<br><br>**RYAN ELECTRIC CONSTRUCTION, INC., et al.,**<br><br>***Defendants.*** | **C.A. No. 06-519ML** |

**PLAINTIFFS' MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT SHANK/BALFOUR BEATTY'S DISCOVERY REQUESTS**

Now come the Plaintiffs, and hereby request an additional thirty (30) days to respond to discovery issued by Defendant Shank/Balfour Beatty. On or about July 3, 2007, Defendants mailed to each of the five Plaintiffs three sets of written discovery – (1) a set of admissions; (2) a set of interrogatories; and (3) a request for documents. This means that a total of fifteen sets of discovery were issued. Plaintiffs' counsel have been preparing and participating in interest arbitration on behalf of the Rhode Island Brotherhood of Correctional Officers which has occupied much of their time. In addition, Attorney Iafrate recently submitted a lengthy objection to a summary judgment motion in the Antonucci case, the preparation of which occupied much of July.

Accordingly, the undersigned contacted counsel for Shank and spoke with him requesting a thirty-day extension. Plaintiff's counsel explained that due to her schedule, she would need another thirty days to prepare all of the responses. Defense counsel refused to agree to this

extension, forcing Plaintiffs to file this motion. Counsel for Ryan has no objection. Plaintiffs have not previously requested any additional time.

Wherefore, Plaintiffs respectfully request that the motion be granted.

Plaintiffs,
By their attorneys,

/s/ Gerard P. Cobleigh
______________________________
Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

/s/ Carly Beauvais Iafrate
______________________________
Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0065
(401) 421-0964 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on this 2nd day of August 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Girard R. Visconti, Esq.,
grv@viscontilaw.com

Mark T. Bennett, Esq.
mbennett@mgfllp.com

Stephen J. Schultz, Esq.
sschultz@mgfllp.com

/s/ Carly Beauvais Iafrate