**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PATRICK BRADY, B. DONALD GROSSI, ROBERT POWERS, DAVE SMITH, and JOSEPH D'AMATO, | : | C.A. No.: 06-519-ML-DLM |
| Plaintiffs, | : | |
| v. | : | |
| RYAN ELECTRIC CONSTRUCTION, INC., and SHANK/BALFOUR BEATTY, a joint venture of M.L. SHANK COMPANY, INC., and BALFOUR BEATTY CONSTRUCTION, INC. | : | |
| Defendants. | : | Judge: Mary M. Lisi |

**SHANK/BALFOUR BEATTY, A JOINT VENTURE CONSISTING OF M.L. SHANK COMPANY, INC., AND BALFOUR BEATTY CONSTRUCTION, INC.'S RESPONSE TO PLAINTIFFS REQUEST FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**

**SHANK/BALFOUR BEATTY, A JOINT VENTURE CONSISTING OF M.L. SHANK COMPANY, INC., AND BALFOUR BEATTY CONSTRUCTION, INC.'S RESPONSE TO PLAINTIFFS REQUEST FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**

Defendant Shank/Balfour Beatty ("Shank"), a joint venture consisting of M.L. Shank Company, Inc., and Balfour Beatty Construction, Inc. responds to the request for an extension of time to respond to discovery as follows. Counsel for Shank never refused to discuss an extension of time with counsel for plaintiffs. The need to address that issue in greater detailed is unnecessary in light of events that have occurred since the filing of the plaintiffs' request for an extension.

Attached hereto is a copy of correspondence counsel for Shank received from counsel for plaintiffs dated August 3, 2007. The plaintiffs have filed objections to the discovery propounded by Shank. Therefore, there is no need for an extension of time to respond to the discovery. Any discovery disputes should be addressed under the procedures of Fed. R. Civ. P. 37.

DATED: August 3, 2007

Respectfully submitted,
VISCONTI & BOREN, LTD

By: /S/Girard R. Visconti, Esq.
GIRARD R. VISCONTI, Esq. (#0566) grv@viscontilaw.com
55 Dorrance Street, Providence, RI 02903
Tele: (401)331-3800; Fax: (401)421-9302
Attorneys for Defendant, SHANK / BALFOUR BEATTY, A Joint Venture of M.L. SHANK COMPANY, INC. and BALFOUR BEATTY CONSTRUCTION, INC.

MARKS, GOLIA & FINCH, LLP

By: /S/ Mark T. Bennett, Esq.
MARK T. BENNETT, Esq. (*pro hac vice*)
3900 Harney Street, San Diego, CA 92110
Tele: (619) 293-7000; Fax: (619) 293-7362 mbennett@mgfllp.com
Attorneys for Defendant, SHANK / BALFOUR BEATTY, A Joint Venture of M.L. SHANK COMPANY, INC. and BALFOUR BEATTY CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

I, Brandi D. Paape declare that:

I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California; where the transmission occurs; and my business address is 3900 Harney Street, First Floor, San Diego, California 92110-2825, Facsimile (619) 293-7362, E-mail address bpaape@mgfllp.com. I caused to be served via electronic mail the following document(s): **SHANK/BALFOUR BEATTY, A JOINT VENTURE CONSISTING OF M.L. SHANK COMPANY, INC., AND BALFOUR BEATTY CONSTRUCTION, INC.'S RESPONSE TO PLAINTIFFS REQUEST FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY**, by serving via electronic mail a copy of the above-mentioned documents to each party listed by e-mailing all parties mentioned in this Proof of Service as follows:

Attorneys for Plaintiffs:

Gerald P. Cobleigh, Esq.
Cobleigh & Cobleigh
70 Jefferson Boulevard
Warwick, RI 02888
Tele: (401) 941-5900
Fax: (401) 461-4107
gcobleigh@aol.com

Attorneys for Plaintiffs:

Carly Beauvais Iafrate, Esq.
129 Dyer Street
Providence, RI 02903
Tele: (401) 421-0966
FAX: (401) 421-0964
ciafrate@verizon.net

Attorneys for Defendants:

Girard R. Visconti, Esq.
Visconti & Boren LTD
55 Dorrance Street
Providence, RI 02903
Tele: (401)331-3800
Fax: (401)421-9302
grv@viscontilaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 3, 2007.

Brandi D. Paape

*Law Office of*

Carly Beauvais Iafrate

129 Dyer Street • Providence, Rhode Island 02903
Tel. 401-421-0065 • Fax 401-421-0964

*Admitted in RI*

August 3, 2007

Mark Bennett, Esq.
Marks, Golia & Finch
3900 Harney St.
San Diego, CA 92110

*Re: Brady v. Ryan Electric, C.A. No. 06-519ML*

Dear Mark:

Enclosed please find Plaintiffs' Objections to the discovery you issued. As I indicated on the telephone, I am in process of preparing the substantive responses.

Thank you for your courtesy in this regard.

Very truly yours,

Carly Beauvais Iafrate

c: Girard Visconti, Esq.