UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICK BRADY, et al., Plaintiffs, | : | |
| v. | : | CA 06-519 ML |
| RYAN ELECTRIC CONSTRUCTION, INC., et al., Defendants. | : | |

**ORDER**
**RULING MOTION FOR EXTENSION**
**MOOT**

Before the Court is Plaintiffs' Motion to Extend the Time to Respond to Defendant Shank/Balfour Beatty's Discovery Requests (Document ("Doc.") #29) (the "Motion"). Defendant's response to the Motion suggests that the Motion has been rendered moot as a result of Plaintiffs' filing of objections to the discovery. See Shank/Balfour Beatty, a Joint Venture Consisting of M.L. Shank Company, Inc., and Balfour Beatty Construction, Inc.'s Response to Plaintiffs['] Request for Extension of Time to Respond to Discovery (Doc. #30). Based on the representation that Plaintiffs have filed objections to the discovery propounded, the Motion is ruled moot.[1]

So ordered.

[1] In the interest of avoiding future motion practice, the Court wishes to indicate that if the Motion had not been ruled moot, it would have been granted.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
August 9, 2007