**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **PATRICK BRADY, et al.,** ***Plaintiffs,*** **vs.** **RYAN ELECTRIC CONSTRUCTION, INC., et al.,** ***Defendants.*** | **C.A. No. 06-519ML** |

**PLAINTIFFS' SECOND MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT SHANK/BALFOUR BEATTY'S DISCOVERY REQUESTS**

Now come the Plaintiffs, and hereby request an additional thirty (30) days to respond to discovery issued by Defendant Shank/Balfour Beatty. Plaintiffs filed a previous motion on August 2, 2007. That motion was denied as moot on August 9, 2007. For the following reasons, Plaintiffs do not believe the motion is moot, and respectfully re-request the extension of time.

On or about July 3, 2007, Defendants mailed to each of the five Plaintiffs three sets of written discovery – (1) a set of admissions; (2) a set of interrogatories; and (3) a request for documents. This means that a total of fifteen sets of discovery were issued. Plaintiffs' counsel have been preparing and participating in interest arbitration on behalf of the Rhode Island Brotherhood of Correctional Officers which has occupied much of their time. In addition, Attorney Iafrate recently submitted a lengthy objection to a summary judgment motion in the Antonucci case, the preparation of which occupied much of July.

Accordingly, the undersigned contacted counsel for Shank and spoke with him requesting a thirty-day extension. Plaintiff's counsel explained that due to her schedule, she would need

another thirty days to prepare all of the responses. Defense counsel refused to agree to this extension, forcing Plaintiffs to file the August 2 motion. Counsel for Ryan (who is also local counsel for Shank) had no objection. Plaintiffs had not previously requested any additional time.

In order to preserve Plaintiffs objections to some, but not all, of the discovery requests (including some, but not all of the requests for admissions), Plaintiffs filed objections to only some of the requests and interrogatories. Defendant took the position that this meant the request for additional time was moot. However, it is still critical that the Plaintiffs have the Court's permission for an additional thirty days to respond because the objections did not apply to all the discovery and there are outstanding requests for admissions, interrogatories, and document requests, that Plaintiffs are still working on responding to in substance. In fact, Plaintiffs will be responding to all discovery in substance, but is merely requesting additional time to do so with the Court's permission. Otherwise, Defendants will likely begin efforts to engage in Rule 37 discussions and perhaps file motions to compel when it is likely to receive all of the information if Plaintiffs are given the extension of time.

Wherefore, Plaintiffs respectfully request that the motion be granted.

Plaintiffs,
By their attorneys,

/s/ Gerard P. Cobleigh

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

/s/ Carly Beauvais Iafrate

Carly Beauvais Iafrate, #6343
129 Dyer Street

Providence, RI 02903
(401) 421-0065
(401) 421-0964 (fax)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically on this 13th day of August 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Girard R. Visconti, Esq.,
grv@viscontilaw.com

Mark T. Bennett, Esq.
mbennett@mgfllp.com

Stephen J. Schultz, Esq.
sschultz@mgfllp.com

/s/ Carly Beauvais Iafrate