**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PATRICK BRADY, B. DONALD GROSSI, ROBERT POWERS, DAVE SMITH, and JOSEPH D'AMATO, | : | C.A. No.: 06-519-ML-DLM |
| Plaintiffs, | : | |
| v. | : | |
| RYAN ELECTRIC CONSTRUCTION, INC., and SHANK/BALFOUR BEATTY, a joint venture of M.L. SHANK COMPANY, INC., and BALFOUR BEATTY CONSTRUCTION, INC. | : | |
| Defendants. | : | Judge: Mary M. Lisi |

**DEFENDANT SHANK/BALFOUR BEATTY, A JOINT VENTURE OF M.L. SHANK COMPANY, INC, AND BALFOUR BEATTY CONSTRUCTION, INC.'S RESPONSE TO MOTION TO WITHDRAW ADMISSIONS UNDER RULE 36(b) AND ENLARGE THE TIME FOR RESPONSE UNDER RULE 6(b)**

**DEFENDANT SHANK/BALFOUR BEATTY, A JOINT VENTURE OF M.L. SHANK COMPANY, INC, AND BALFOUR BEATTY CONSTRUCTION, INC.'S RESPONSE TO MOTION TO WITHDRAW ADMISSIONS UNDER RULE 36(b) AND ENLARGE THE TIME FOR RESPONSE UNDER RULE 6(b)**

Defendant Shank/Balfour Beatty, a joint venture consisting of M.L. Shank Company, Inc., and Balfour Beatty Construction, Inc., files its response to the plaintiffs' Motion to Withdraw Admissions Under Rule 36(b) and to Enlarge Time for Response Under Rule 6(b). It is Shank's position that this motion was mooted by this Court's order of August 21, 2007.

The request for admissions were served by mail on July 3, 2007. Responses to the requests for admissions were due on or before August 6, 2007.

Plaintiffs filed their first motion for extension of time on August 2, 2007, which was denied as moot. Plaintiffs renewed their motion for an extension of time to respond to discovery, including the requests for admissions, on August 13, 2007. The plaintiffs filed their present motion on August 20, 2007. On August 21, 2007, the Court granted the second request for extension of time to respond to Shank's discovery including the

///

///

///

///

///

///

///

///

requests for admissions. The extension was granted for thirty days, which means the responses to the request for admissions are due on or before September 5, 2007. In light of this sequence of events, the present motion is moot.

DATED: September 5, 2007

Respectfully submitted,

VISCONTI & BOREN, LTD

By: /s/Girard R. Visconti, Esq.
GIRARD R. VISCONTI, Esq. (#0566)
55 Dorrance Street, Providence, RI 02903
Tele: (401)331-3800; Fax: (401)421-9302
grv@viscontilaw.com
Attorneys for Defendant, RYAN ELECTRIC CONSTRUCTION, INC. and SHANK / BALFOUR BEATTY, A Joint Venture of M.L. SHANK COMPANY, INC. and BALFOUR BEATTY CONSTRUCTION, INC.

DATED: September 5, 2007

MARKS, GOLIA & FINCH, LLP

By: /s/ Mark T. Bennett, Esq.
MARK T. BENNETT, Esq. (*pro hac vice*)
3900 Harney Street, San Diego, CA 92110
Tele: (619) 293-7000; Fax: (619) 293-7362
mbennett@mgfllp.com
Attorneys for Defendant, SHANK / BALFOUR BEATTY, A Joint Venture of M.L. SHANK COMPANY, INC. and BALFOUR BEATTY CONSTRUCTION, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that his document has been filed electronically on this 5th day of September 2007, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Gerald P. Cobleigh, Esq.
gcobleigh@aol.com

Carly Beauvais Iafrate, Esq.
ciafrate@verizon.net

Girard R. Visconti, Esq.
grv@viscontilaw.com

By: /s/ Mark T. Bennett, Esq.