UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PATRICK BRADY, et al., :
Plaintiffs, :
:
v. : CA 06-519 ML
:
RYAN ELECTRIC CONSTRUCTION, :
INC., et al., :
Defendants. :

**ORDER**
**RULING MOTION TO WITHDRAW ADMISSIONS**
**AND ENLARGE TIME**
**MOOT**

Before the Court is Plaintiffs' Motion to Withdraw Admissions under Rule 36(b) and Enlarge the Time for Response under Rule 6(b) (Document ("Doc.") #34) (the "Motion"). Based on the statements by Plaintiffs that "[i]n the event the Court rules upon [Plaintiffs' Second Motion to Extend the Time to Respond to Defendant Shank/Balfour Beatty's Discovery Requests (Doc. #32)[1]], then this motion will be moot," Plaintiffs' Memorandum in Support of Request to Withdraw Admissions under Rule 36(b) and Enlarge the Time for Response under Rule 6(b) at 2 n.1, and by Defendant Shank/Balfour Beatty that "the present motion is moot," Defendant Shank/Balfour Beatty, a Joint Venture of M.L. Shank Company, Inc[.], and Balfour Beatty Construction, Inc.'s Response to Motion to Withdraw Admissions under Rule 36(b) and Enlarge the Time for Response under Rule 6(b) (Doc. #35) at 2, the Motion is hereby ruled moot.

---

[1] The Court granted Plaintiffs' Second Motion to Extend the Time to Respond to Defendant Shank/Balfour Beatty's Discovery Requests (Doc. #32) on August 21, 2007. See Docket.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
September 10, 2007