**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PATRICK BRADY, B. DONALD GROSSI, :
ROBERT POWERS, DAVE SMITH, and :
JOSEPH D'AMATO :
:
v. : C.A. No.: 06-519S
:
RYAN ELECTRIC CONSTRUCTION, INC. and :
SHANK/BALFOUR BEATTY, A Joint Venture of :
M.L. SHANK COMPANY and BALFOUR :
BEATTY CONSTRUCTION, INC. :

**DISMISSAL STIPULATION**

The above-captioned matter may be dismissed with prejudice as to all defendants and as to all claims for relief, with each party to bear its own costs, expenses, and attorney's fees.

Plaintiffs,
***Patrick Brady, B. Donald Grossi,***
***Robert Powers, Dave Smith, and***
***Joseph D'Amato***
By their Attorneys

/s/ Carly Beauvais Iafrate

Carly Beauvais Iafrate, Esq.
129 Dyer Street
Providence, RI 02903

Defendants,
***Ryan Electric Construction, Inc. and***
***Shank/Balfour Beatty, a Joint Venture of***
***M.L. Shank Company, Inc. and Balfour***
***Beatty Construction, Inc.***
By their Attorneys

/s/ Girard R. Visconti

Girard R. Visconti, Esq.
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903

**ORDER**

The foregoing stipulation is approved. The above-captioned matter is dismissed with prejudice as to all parties and as to all claims for relief, with each party to bear its own costs,

expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated:_________________

_________________________________
United States District Judge

## CERTIFICATION

______I, the undersigned, do hereby certify that I electronically filed the within document on January 31, 2008 and that said document was thereby caused to be delivered electronically to the individuals listed below.

Gerard P. Cobleigh, Esq.
Cobleigh & Giacobbe
70 Jefferson Blvd.
Warwick, RI 02888

Carly Beauvais Iafrate, Esq.
170 Westminster Street
Suite 601
Providence, RI 02903

/s/ David L. Fine